FILED
JAN 14 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:24-CR-00074-1 |
| | ) | |
| CHARLES HATFIELD | ) | |

### DEFENDANT CHARLES HATFIELD'S
### UNOPPOSED MOTION TO RESCHEDULE SENTENCING

Mr. CHARLES HATFIELD, pursuant to Federal Rule of Criminal Procedure 32(b), respectfully moves this Court to reschedule the sentencing hearing, currently set for Thursday, January 16, 2025, to either Wednesday, January 15, or Friday, January 17, or to a date agreed upon by all parties.

A "court must impose [a] sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). However, "a court may, for good cause, change any time limit prescribed in [Federal Rule of Criminal Procedure 32]." Fed. R. Crim. P. 32(b)(2).

Mr. Hatfield's first undersigned attorney of record was made aware over the weekend of an urgent and unavoidable personal conflict on Thursday, January 16, 2025. Mr. Walker immediately notified the Government of the conflict and the Government stated that it is unopposed to rescheduling. Mr. Walker and the Government are available on Wednesday, January 15, 2025, and Friday, January 17, 2025. The Government noted that January 17, 2025, is preferable. Mr. Walker has been Mr. Hatfield's primary attorney and has a strong

1

preference to proceed with Mr. Walker as his representation at sentencing; therefore, Mr. Hatfield respectfully submits that "good cause" exists to reschedule the sentencing hearing so that his preferred attorney of record can represent him at sentencing.

The parties are further amenable to rescheduling to a different week and would request the opportunity to select an alternate date with the Court to ensure no further conflicts.

Mr. Hatfield, based on the foregoing factual assertions and argument, prays that this Court reschedule the sentencing hearing.

Date:         January 13, 2025

                              Respectfully submitted,

*s/ Murdoch Walker, II.*
Murdoch Walker, II., Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

*s/ Serguel M. Akiti*
Serguel M. Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3650
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

*s/ Sean W. Cook*
Sean W. Cook, Esq.
W.V. Bar # 10432
swcook1215@gmail.com

309 Dolaron Lane
South Charleston, WV 25309

Attorneys for Defendant
Charles Hatfield

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    2:24-CR-00074-1 |
| | ) |
| CHARLES HATFIELD | ) |

## CERTIFICATE OF SERVICE

I certify that on January 13, 2025, I electronically filed the foregoing DEFENDANT CHARLES HATFIELD'S UNOPPOSED MOTION TO RESCHEDULE SENTENCING with the Clerk of the United States District Court for the Southern District of West Virginia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in their case by electronic mail.

Date:　　　January 13, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/ Sean W. Cook*
　　　　　　　　　　　　　　　　　　　Sean W. Cook, Esq.
　　　　　　　　　　　　　　　　　　　W.V. Bar # 10432
　　　　　　　　　　　　　　　　　　　swcook1215@gmail.com

　　　　　　　　　　　　　　　　　　　309 Dolaron Lane
　　　　　　　　　　　　　　　　　　　South Charleston, WV 25309