IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               CRIMINAL ACTION NO. 2:24-cr-00074

CHARLES HATFIELD,

    Defendant.

**ORDER**

The Court has reviewed *Defendant Charles Hatfield's Unopposed Motion to Reschedule Sentencing* (Document 38). Therein, the Defendant seeks to reschedule his sentencing hearing due to his primary attorney's "urgent and unavoidable personal conflict." Finding that the motion does not adequately set forth good cause for another continuance of this matter, the Court **ORDERS** that the *Motion* be **DENIED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                                ENTER:      January 14, 2025

                                */s/ Irene C. Berger*
                                IRENE C. BERGER
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF WEST VIRGINIA